IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,

    Plaintiff,

v.

MARY DONOVAN, JUDGE, et al.,

    Defendants.

Case No. 3:14-cv-130

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #5), AND REPORT AND RECOMMENDATIONS ON MOTION TO STAY (DOC. #6); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOCS. ##7 AND 8); OVERRULING PLAINTIFF'S MOTION TO STAY (DOC. #3); DISMISSING CASE WITH PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his May 1, 2014, Report and Recommendations (Doc. #5), and in his May 2, 2014, Report and Recommendations on Motion to Stay (Doc. #6), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filings in their entirety, and OVERRULES Plaintiff's Objections thereto (Docs. ##7 and 8). The Court OVERRULES Plaintiff's Motion to Stay (Doc. #3), and DISMISSES the above-captioned case WITH PREJUDICE.

Judgment will be entered in favor of Defendants and against Plaintiff.

Given that any appeal of this Order would not be taken in good faith, Plaintiff is DENIED leave to appeal *in forma pauperis*.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: June 5, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE