IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,    :

   Plaintiff,

  v.        :

JUDGE MARY DONOVAN, *et al.*,

   Defendants.   :

Case No. 3:14-cv-130

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13);
OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #14);
OVERRULING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT
(DOC. #11)

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz, in his May 27, 2015, Report and

Recommendations, Doc. #13, as well as on a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing in its

entirety.

Plaintiff's Objections thereto, Doc. #14, are OVERRULED for reasons

previously expressed by this Court time and time again.[1]  The Court OVERRULES

---

[1]  Although Plaintiff states that his Objections are filed in response to Doc. #6, the
Court presumes that he intends instead to object to the most recent Report and
Recommendations, Doc. #13.  The Court has already ruled on Plaintiff's Objections
to Doc. #6, which related to his Motion to Stay.  See Doc. #9.

Plaintiff's Motion for Relief from Judgment, Doc. #11.  This case shall remain

terminated on the Court's docket.


Date: July 20, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE