IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,  :

    Plaintiff,

  v.  :  Case No. 3:14-cv-130

JUDGE MARY DONOVAN, *et al.*,  JUDGE WALTER H. RICE

    Defendants.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #17); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #18); OVERRULING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT (RULE 60(b)) (DOC #16); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; CASE TO REMAIN TERMINATED ON COURT'S DOCKET

---

    Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his August 17, 2015, Report and Recommendations, Doc. #17, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Plaintiff's Objections, Doc. #18, concerning the applicability of the *Rooker-Feldman* doctrine, are OVERRULED as meritless for reasons previously explained by the Court on multiple occasions.

    The Court OVERRULES Plaintiff's Rule 60(b) Motion for Relief from Judgment, Doc. #16. Furthermore, as recommended by Magistrate Judge Merz,

Plaintiff is strongly cautioned that additional frivolous filings in this Court concerning the applicability of the *Rooker-Feldman* doctrine will, very likely, result in the imposition of Rule 11 sanctions. This is true not only in the above-captioned case, but in each of the many duplicative cases that Plaintiff has filed in this Court. If Plaintiff disagrees with this Court's rulings, he may file a timely appeal with the Sixth Circuit Court of Appeals.

Judgment shall be entered in favor of Defendants and against Plaintiff. This case shall remain terminated on the Court's docket.

Date: September 2, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE